# REQUEST FOR WARRANT ON FILING OF A SUPERSEDING INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned a Superseding Indictment on August 19, 2020, against Cheryl Lilley, charging the following:

21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: 8/19/2020

DREW H. WRIGLEY
United States Attorney