Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

AUG 20 2020

DISTRICT OF NORTH DAKOTA
1:00 p.m.

United States of America
v.
Cheryl Lilley

Case No. 3:20-cr-42-22

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cheryl Lilley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Forfeiture Allegation

Date: 08/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state: Fargo, ND

---

**Return**

Sept. 18 2020 JRA
9-22-202

This warrant was received on (date) Aug 20, 2020, and the person was arrested on (date) Aug 20, 2020
at (city and state) Belcourt, ND

Date: 9-21-2020

*Arresting officer's signature*

Clayton Allard / Special Agent
*Printed name and title*